IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiffs,<br><br>vs.<br><br>JOSE ARNOLDO RAMIREZ, JR.,<br><br>                 Defendant. | **8:18MJ53**<br><br>**ORDER** |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Thomas J. Gross, as a Criminal Justice Act Training Panel Member, to assist in the defense of Jose Arnoldo Ramirez, Jr.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Thomas J. Gross is hereby assigned to assist CJA Panel Member (CJA) Peder C. Bartling in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Thomas J. Gross shall not be eligible to receive compensation for his services in this case.

CJA Peder C. Bartling shall continue to be primary counsel on behalf of the Defendant, Jose Arnoldo Ramirez, Jr.

Dated this 2nd day of February, 2018.

                                                            BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge