**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CR42 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE ARNOLD RAMIREZ, JR., | ) | ORDER |
| CHRIS HARMEIER, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on Defendant Ramirez's Unopposed Motion to Continue Trial [87]. Counsel needs additional time to consult with client, prepare for trial and explore plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [87] is granted, as follows:

1. The jury trial, **for both defendants**, now set for September 17, 2018, is continued to **November 5, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 5, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: September 10, 2018.**

BY THE COURT:


s/ Susan M. Bazis
**United States Magistrate Judge**